UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE
           THE HONORABLE CLAIRE R. KELLY, JUDGE
           THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| IN RE SECTION 301 CASES | Court No. 21-0052 (and attached schedule) |
|---|---|

**NOTICE OF WITHDRAWAL OF ATTORNEY**

Pursuant to Rule 75 of the Rules of the Court of International Trade, we respectfully notice the withdrawal of Chandri Navarro as counsel for the plaintiffs listed in the attached schedule in this action and in the underlying individual cases also listed in the attached schedule.  Ms. Navarro has departed Hogan Lovells US LLP and will not take further part in this litigation.

Please substitute Craig A. Lewis, of Hogan Lovells US LLP, as lead counsel responsible for the litigation in place of Chandri Navarro in Ct. Nos. 20-01237 (*Funko, LLC et al. v. United States et al.*); 20-01445 (*Sysco Corporation et al. v. United States et al.*); 20-01465 (*Innophos, LLC v. United States et al.*); 20-01593 (*PAR Technology Corporation et al. v. United States et al.*); 20-03785 (*McCormick & Company, Incorporated et al. v. United States et al.*); and 20-03798 (*Furrion LLC et al. v. United States of America et al.*).  Mr. Lewis has already entered an appearance in these cases but now respectfully requests to be designated as lead counsel.

The plaintiffs listed in the attached schedule will continue to be represented by other attorneys from Hogan Lovells US LLP that have entered appearances in these proceedings.

          Respectfully submitted,

          /s/ Craig A. Lewis
          Craig A. Lewis

          HOGAN LOVELLS US LLP
          Columbia Square
          555 Thirteenth Street, N.W.
          Washington, DC 20004-1109
          Phone:  +1.202.637.8613
          E-mail: craig.lewis@hoganlovells.com

Dated: January 2, 2024

**Schedule of Cases for Attorney Withdrawal**

| Court Number | Case Name | Party or Parties Represented | Attorney Responsible for the Litigation |
|---|---|---|---|
| 1:20-cv-00813 | *M S International, Inc. v. United States et al.* | M S International, Inc. | Jonathan T. Stoel |
| 1:20-cv-00909 | *Jeffrey Court, Inc. v. United States et al.* | Jeffrey Court, Inc. | Jonathan T. Stoel |
| 1:20-cv-00936 | *Arizona Tile LLC v. United States et al.* | Arizona Tile LLC | Jonathan T. Stoel |
| 1:20-cv-01004 | *ITG Voma Corporation v. United States et al.* | ITG Voma Corporation | Jonathan T. Stoel |
| 1:20-cv-01070 | *Spectrum Brands Holdings, Inc. et al. v. United States et al.* | Spectrum Brands Holdings, Inc.; Spectrum Brands, Inc.; United Industries Corp.; Spectrum Brands Pet Group, Inc. | Jared R. Wessel |
| 1:20-cv-01108 | *Covanta Energy, LLC v. United States et al.* | Covanta Energy, LLC | Jared R. Wessel |
| 1:20-cv-01236 | *Anatolia Tile & Stone Inc. v. United States et al.* | Anatolia Tile & Stone Inc. | Jonathan T. Stoel |
| 1:20-cv-01237 | *Funko, LLC et al. v. United States et al.* | Funko, LLC; Loungefly, LLC | ***Please substitute Craig A Lewis for Chandri Navarro*** |
| 1:20-cv-01311 | *FLIR Systems, Inc. et al. v. United States et al.* | FLIR Systems, Inc.; FLIR Maritime US; FLIR Surveillance, Inc.; FLIR Outdoor and Tactical Systems, Inc.; FLIR Security, Inc.; FLIR Commercial Systems, Inc.; FLIR Detection, Inc. | Craig A. Lewis |
| 1:20-cv-01430 | *StyleAccess, LLC v. United States et al.* | StyleAccess, LLC | Jonathan T. Stoel |
| 1:20-cv-01445 | *Sysco Corporation et al. v. United States et al.* | Sysco Corporation; Sysco Guest Supply LLC | ***Please substitute Craig A Lewis for Chandri Navarro*** |
| 1:20-cv-01463 | *Sage Automotive Interiors, Inc. v. United States et al.* | Sage Automotive Interiors, Inc. | Craig A. Lewis |
| 1:20-cv-01465 | *Innophos, LLC v. United States et al.* | Innophos, LLC | ***Please substitute Craig A Lewis for Chandri Navarro*** |

| Court Number | Case Name | Party or Parties Represented | Attorney Responsible for the Litigation |
|---|---|---|---|
| 1:20-cv-01524 | *Paragon Industries, Inc. v. United States et al.* | Paragon Industries, Inc., *doing business as* Bedrosians Tile & Stone | Jonathan T. Stoel |
| 1:20-cv-01553 | *NSK Steering Systems America, Inc. et al. v. United States et al.* | NSK Steering Systems America, Inc.; NSK Corporation | Craig A. Lewis |
| 1:20-cv-01593 | *PAR Technology Corporation et al. v. United States et al.* | PAR Technology Corporation; ParTech, Inc. | ***Please substitute Craig A Lewis for Chandri Navarro*** |
| 1:20-cv-01680 | *Surfaces Southeast, LLC v. United States et al.* | Surfaces Southeast, LLC, *formerly known as* Surfaces Southeast, Inc. | Jonathan T. Stoel |
| 1:20-cv-01711 | *Clariant Corporation et al. v. United States et al.* | Clariant Corporation; Clariant Plastics & Coatings USA, LLC; Colorants Solutions USA, LLC | Craig A. Lewis |
| 1:20-cv-03284 | *Surface Warehouse, LP et al. v. United States et al.* | Surface Warehouse, LP; Sink Warehouse, LP | Jonathan T. Stoel |
| 1:20-cv-03685 | *BYD AMERICA LLC et al. v. United States et al.* | BYD America LLC; BYD Energy LLC; BYD Coach & Bus LLC; BYD Motors LLC; Global Healthcare Product Solutions, LLC | Craig A. Lewis |
| 1:20-cv-03693 | *Ambrosia Enterprises, Inc. v. United States et al.* | Ambrosia Enterprises, Inc. | Craig A. Lewis |
| 1:20-cv-03785 | *McCormick & Company, Incorporated et al. v. United States et al.* | McCormick & Company, Incorporated; Mojave Foods Corporation; Simply Asia Foods LLC | ***Please substitute Craig A Lewis for Chandri Navarro*** |
| 1:20-cv-03798 | *Furrion LLC et al v. United States of America et al.* | Furrion LLC; Furrion Ltd. | ***Please substitute Craig A Lewis for Chandri Navarro*** |
| 1:21-cv-00491 | *Pfizer Inc. et al. v. United States et al.* | Pfizer Inc.; Wyeth LLC; Hospira Worldwide, LLC | Jared R. Wessel |